| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ELKHART SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF ALLEN ) | | CAUSE NO._____ |

ERIKA GOMORA, )
)
    Plaintiff, )
)
v. )
)
KEYSTONE RV COMPANY, )
)
    Defendant(s). )

## COMPLAINT

Plaintiff alleges against Defendant as follows:

1. The Plaintiff is Erika Gomora, a qualified employee of Defendant at all times material to this Complaint. Plaintiff alleges she was discriminated against on the basis of her sex (female), her pregnancy, and national origin (Mexican) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* as amended ("Title VII"), and her race (Hispanic) pursuant to 42 U.S.C. § 1981. Plaintiff also alleges she was discriminated against on the basis of her disability, or perceived disability, was denied a reasonable accommodation, and was retaliated against in violation of the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA").

2. Defendant is Keystone RV Company, a company doing business at 2642 Hackberry Dr. Goshen, IN 46526. Defendant is an employer for the purposes of Title VII and the ADA.

3. Plaintiff filed her Charge of Discrimination with the Indiana Civil Rights Commission ("ICRC") and the Equal Employment Opportunity Commission ("EEOC")

–1–

August 13, 2020 (Charge No. 470-2020-02863), a copy of which is attached hereto, incorporated herein, and made a part hereof as "Ex. A." The EEOC issued its Determination and Notice of Rights on March 7, 2022, a copy of which is attached hereto and made part hereof as "Ex. B." All jurisdiction prerequisites have been met, and all administrative remedies have been exhausted for the filing of this lawsuit.

4. Plaintiff worked for Defendant from August 2019, until her termination June 12, 2020. At the time of separation from employment Plaintiff's job title was Doors and Drawers Builder.

5. Plaintiff's ethnicity (Hispanic) is evident as Plaintiff has dark hair, dark eyes, dark skin, and speaks fluent Spanish which she often spoke in the workplace. In fact, Plaintiff has assisted in translating for the Defendant on more than one occasion.

6. In June 2020 Plaintiff informed Defendant's Human Resources department that she was pregnant.

7. That at the time Plaintiff informed Defendant of her pregnancy she also informed Defendant that Plaintiff's doctor recommended Plaintiff take a month of medical leave due to a temporary disability caused by Plaintiff's pregnancy.

8. Defendant denied Plaintiff's request for a reasonable accommodation for a month of medical leave and told Plaintiff she was "only allowed" a week and a half.

9. On or about June 11, 2020 Plaintiff informed Christine Conrad, HR manager for Defendant, of a second recommendation Plaintiff's doctor had made that Plaintiff not lift more than twenty (20) pounds. Plaintiff made a request for a reasonable accommodation to follow the lift restriction of her doctor at that time.

10. At the end of their conversation on or about June 11, 2020 Ms. Conrad informed Plaintiff she would "check into" Plaintiff's request for an accommodation.

11. That on or about June 12, 2020, Ms. Conrad called Plaintiff and informed Plaintiff that she was being terminated due to Plaintiff's need for accommodations.

12. That even though Defendant did not attempt to participate in a meaningful interactive process to determine if any reasonable accommodation could be made, Plaintiff attempted to engage in the interactive process by inquiring of any openings in departments that required less lifting.

13. Defendant denied Plaintiff the chance to move to any other positions and maintained that Plaintiff was being terminated.

14. That Plaintiff believes Brittney Green, an employee of Defendant whose national origin is the United States of America, and has light skin and hair, was given an accommodation for her pregnancy similar to the accommodation Plaintiff requested.

15. Plaintiff alleges that she was discriminated against on the basis of her sex, her status as a pregnant female, her national origin, and her ethnicity/race. Plaintiff also alleges she was denied a reasonable accommodation and retaliated against due to her disability/perceived disability.

16. Defendant's discriminatory conduct was the direct and proximate cause of Plaintiff's suffering the loss of her job- and job-related benefits, including income, and subjected her to emotional distress, humiliation, inconvenience, embarrassment, mental anguish, and other damages and injuries. Plaintiff is entitled to compensatory damages (such as back pay), including reasonable attorney fees and costs.

17. Furthermore, Defendant's discriminatory and retaliatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights pursuant to Title VII, the ADA, and § 1981, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief.

## JURY DEMAND

Pursuant to Rule 38(b) of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CLOSE & HITCHCOCK LLP**

/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
Telephone: (260) 240-4644
Facsimile: (260) 498-2655
E-mail: Jennifer@closehitchcock.com
Attorney for Plaintiff

USDC IN/ND case 3:22-cv-00443-DRL-MGG document 5 filed 04/07/22 page 5 of 7

20D01-2204-CT-000060
Filed: 4/7/2022 1:32 PM
Clerk
Elkhart Superior Court 1
Elkhart County, Indiana

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-02863 |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MRS. ERIKA U GOMORA | (574) 376-0214 | |

Street Address: 3699 N 175 E, 104, WARSAW, IN 46582

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| KEYSTONE RV COMPANY | 201 - 500 | (574) 535-2100 |

Street Address: 2642 HACKBERRY DR, GOSHEN, IN 46526, GOSHEN, IN 46526

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-03-2020  Latest: 06-12-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I worked for Keystone RV Company from July of 2016 until August of 2018. I was rehired in August of 2019. I most recently held the position of Doors and Drawers Builder.

In early June of 2020, I informed Human Resources that I was pregnant and needed to take a month off as an accommodation. I was told I was only allowed to take a week and a half off. On or about June 11, 2020, I informed Christine (LNU; Human Resources Coordinator) that I could not lift more than 20 lbs. due to a condition related to my pregnancy. Ms. Christine indicated she would check into it.

On June 12, 2020, Ms. Christine called me. Ms. Christine informed me that I was discharged. Ms. Christine stated they did not have a job for me with my restrictions. I asked Ms. Christine if I could work as a Sealer in the Final Finish Department. Ms. Christine denied my request. I asked Ms. Christine if I could be assigned to another position that did not require heavy lifting. Ms. Christine replied, No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Erika Gomora on 08-13-2020 05:54 PM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-02863 |
|---|---|---|
| **INDIANA CIVIL RIGHTS COMMISSION** | | and EEOC |
| *State or local Agency, if any* | | |

**It should be noted that Brittney Green (national origin, USA) was pregnant and was provided with an accommodation.**

**I believe that I have been discriminated against because of my pregnancy, in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII) and the Pregnancy Discrimination Act (PDA). I believe that I have been discriminated against because of my national origin, Mexican, in violation of Title VII. I believe that I have been denied a reasonable accommodation for my pregnancy-related disability, in violation of the Americans with Disabilities Act, as amended (ADA). I believe that I was retaliated against because I requested a reasonable accommodation for my pregnancy-related disability, in violation of the ADA.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Erika Gomora on 08-13-2020 05:54 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

20D01-2204-CT-000060
USDC IN/ND case 3:22-cv-00443-DRL-MGG document 5 filed 04/07/22 page 7 of 7
Elkhart Superior Court 1
Filed: 4/7/2022 1:32 PM
Clerk
Elkhart County, Indiana

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, Indiana 46204
(317) 999-1178
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 7 March 2022

**To:** Erika U. Gomora
1692 East 200 North, Lot 46
WARSAW, IN 46582

Charge No: 470-2020-02863

EEOC Representative and email:    Frederick BruBaker
Supervisory Investigator
FREDERICK.BRUBAKER@EEOC.GOV

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2020-02863.