**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| ERIKA GOMORA, | ) |
| Plaintiff, | ) |
| v. | )   CASE NO: 3:22-cv-443-DRL-MGG |
| KEYSTONE RV COMPANY, | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff notifies the Court that the parties have reached a settlement in this matter. Upon finalizing settlement documentation, the parties will submit a stipulation of dismissal with prejudice.

Respectfully submitted,

**CLOSE HITCHCOCK, LLP**

/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
Michael Middleton, #31066-49
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
Telephone:     (260) 240-4644
Facsimile:      (260) 498-2655
E-mail:     Jennifer@jhitchcocklaw.com
                 Michael@jhitchcocklaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby swears and affirms that a true and correct copy of the above was served by ECF, or by some other method approved by this Court, on this 13th day of December 2022, to all attorneys of record.

/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock

1